```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 37035
   DANIEL W MUNSON
   LINDA R MUNSON                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-9235    SSN XXX-XX-3736

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/06/04 and confirmed on 01/28/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  26164.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG         .00            .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE      264.88            .00         264.88
NATIONWIDE CASSEL LP      SECURED           3225.00         455.10        3225.00
TRIAD FINANCIAL CORP      SECURED          12375.00        1748.79       12375.00
CENTRAL DUPAGE HOSPITAL   UNSECURED        NOT FILED          .00            .00
CENTRAL DUPAGE HOSPITAL   UNSECURED        NOT FILED          .00            .00
CENTRAL DUPAGE HOSPITAL   UNSECURED        NOT FILED          .00            .00
CENTRAL DUPAGE HOSPITAL   UNSECURED        NOT FILED          .00            .00
GLEN OAKS MEDICAL CENTER  UNSECURED        NOT FILED          .00            .00
HEALTHLAB                 UNSECURED        NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED          .00            .00
MIDWEST NEUROSURGERY & S  UNSECURED         1425.36            .00        1425.36
STRATFORD INTERNAL MEDIC  UNSECURED        NOT FILED          .00            .00
NATIONWIDE COMMERCIAL LP  UNSECURED          622.74            .00         622.74
TRIAD FINANCIAL CORP      UNSECURED         3031.03            .00        3031.03
          Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15864.88        .00       5079.13        .00       20944.01
PRINCIPAL PAID      15864.88        .00       5079.13        .00       20944.01
INTEREST PAID        2203.89        .00            .00       .00        2203.89
TOTAL PAID          18068.77        .00       5079.13        .00       23147.90
The Debtor's attorney, BRADLEY COVEY                    , was allowed $   2200.00
and was paid $    406.00   direct and $   1794.00   through the plan.

The Trustee received $   1199.64 .

Refunds to the Debtor totaled $       22.46 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
     CASE NO. 04 B 37035 DANIEL W MUNSON & LINDA R MUNSON